Page 1 of 6

WESTEIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EDWARD MOORE,

    Plaintiff,

v.                                        Case No.: 1:19-cv-592

CHAMPION SAFE COMPANY, INC.,
D/B/A CHAMPION SAFE COMPANY, LLC, and
RAY CROSBY,

    Defendants.
_____/

## PLAINTIFF'S ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, EDWARD MOORE, by and through his undersigned counsel, brings this action against Defendants, CHAMPION SAFE COMPANY, INC., D/B/A CHAMPION SAFE COMPANY, LLC, and RAY CROSBY (sometimes referred to collectively referred to as "Defendants"), and in support thereof alleges as follows:

1.     Plaintiff brings this action for unpaid wage compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*. Plaintiff seeks damages for unpaid wages, liquidated damages, and a reasonable

attorney's fee.

2. Plaintiff is a resident of Kyle, Texas.

3. Defendant, CHAMPION SAFE COMPANY, INC., is a corporation formed and existing under the laws of the State of Utah, having offices in Buda, Texas, and at all times material to this complaint, maintained and operated a retail sales location at 17020 S IH 35 Frontage Rd, Buda, TX 78610, under the unregistered fictitious name CHAMPION SAFE COMPANY, LLC.

4. Defendant, RAY CROSBY, is an individual residing in Provo, Utah.

4. Defendant is an employer as defined by 29 U.S.C. § 203(d).

5. Defendant has employees subject to the provisions of 29 U.S.C. § 206 in the facility where Plaintiff was employed.

6. At all times material to this complaint, Defendant, CHAMPION SAFE COMPANY, INC., D/B/A CHAMPION SAFE COMPANY, LLC, employed two or more employees and had an annual dollar volume of sales or business done of at least $500,000.00.

7. At all times material to this complaint, Defendant, CHAMPION SAFE COMPANY, INC., D/B/A CHAMPION SAFE COMPANY, LLC, was an enterprise engaged in interstate commerce, operating a business engaged in

commerce or in the production of goods for commerce as defined by § 3(r) and 3(s) of the Act, 29 U.S.C. §§ 203(r)-(s).

8. Plaintiff worked for Defendants from on or about April 1, 2018, through April 13, 2019, as a "Manager" at the rate of $45,000.00 per year.

9. At all times material hereto, Defendants employed the Plaintiff and was substantially in control of the terms and conditions of the Plaintiff's work.

10. At all times material hereto, Defendant, RAY CROSBY, actively ran the business of Defendant, CHAMPION SAFE COMPANY, INC., D/B/A CHAMPION SAFE COMPANY, LLC, on a day-to-day basis and acted directly or indirectly in the interest of Defendant, CHAMPION SAFE COMPANY, INC., D/B/A CHAMPION SAFE COMPANY, LLC, in relation to Plaintiff's employment and was substantially in control of the terms and conditions of the Plaintiff's work.

11. All during Plaintiff's employment, Defendant, RAY CROSBY, had the ability to hire and fire plaintiff; and, controlled Plaintiff's rate of pay and method of pay, schedule, and conditions of employment and was Plaintiff's employer as defined by 29 U.S.C. §203(d).

12. Plaintiff was at all times material individually engaged in commerce as his work was directly related to the movement products and information in interstate commerce. Plaintiff's regular and recurring work included the regular and recurring

sale and handling of products produced for interstate distribution and the interstate use of telephones and the internet.

13. During one or more weeks of Plaintiff's employment with Defendants, Plaintiff worked in excess of forty (40) hours.

14. Attached hereto as Exhibit "A," and incorporated herein by reference, is a spreadsheet of the hours Plaintiff has been readily able to identify that he worked overtime, but was not compensated in accordance with the FLSA.

15. Plaintiff did not hold a position that would qualify for any exemption from the overtime requirements of the FLSA.

16. Plaintiff was paid a salary only and was never paid any overtime premium for his work in excess of 40 hours in a workweek.

17. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Sections 7 and 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times his regular rate of pay for each hour worked in excess of 40 in a workweek.

18. As a result of Defendants' unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime wages which were not paid that should have been paid.

19. Defendants failed to act reasonably to comply with the FLSA, and, as

such, Plaintiff is entitled to an award of liquidated damages in an equal amount as the amount of unpaid wages deemed to be owed pursuant to 29 U.S.C. § 216(b).

20.  Plaintiff is also entitled to an award of reasonable and necessary attorneys' fees, costs, expert fees, mediator fees and out-of-pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

21.  Plaintiff has retained the law firm of Ross Law, P.C., to represent his in this action.  Plaintiff has entered into a valid contract with Ross Law, P.C., and has appointed the undersigned counsel to be his sole agent, attorney-in-fact, and representative in this suit, exclusive of all other parties, including Plaintiff.  To avoid tortious interference with Plaintiff's obligations to his attorneys in this suit, all communications concerning this suit must be made by Defendants and Defendants' attorneys solely to and through the undersigned counsel.  Plaintiff's contract with and representation by the undersigned attorney gives rise to a claim for reasonable and necessary attorney's fees that Plaintiff is entitled to collect against Defendants pursuant to 29 U. S. C. § 216(b).

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands Judgment against Defendants, jointly and severally, for the following:

a. Unpaid overtime wages found to be due and owing;

b.    An additional amount equal to the amount of overtime wages found to be due and owing as liquidated damages;

c.    Prejudgment interest in the event liquidated damages are not awarded;

d.    Reasonable attorneys' fees, costs, expert fees, mediator fees and out of pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure; and,

e.    For any such other relief as the Court may find proper, whether at law or in equity.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

**ROSS • SCALISE LAW GROUP**

*/s/ Charles L. Scalise*
**CHARLES L. SCALISE**
Texas Bar No. 24064621
**DANIEL B. ROSS**
Texas Bar No. 00789810
1104 San Antonio St.
Austin, Texas 78701
Ph:  (800) 634-8042
Ph:  (512) 474-7677
Fax: (512) 474-5306
charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT "A"

| Day | Date | Start | End | Hours | Hours for Week | Overtime Hours |
|---|---|---|---|---|---|---|
| Sunday | 4/1/2018 | Closed | | | | |
| Monday | 4/2/2018 | 8:30 AM | 6:00 PM | 9.5 | | |
| Tuesday | 4/3/2018 | 8:00 AM | 6:00 PM | 10 | | |
| Wednesday | 4/4/2018 | 8:30 AM | 6:30 PM | 10 | | |
| Thursday | 4/5/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 4/6/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 4/7/2018 | 10:00 AM | 2:00 PM | 4 | 49.5 | 9.5 |
| Sunday | 4/8/2018 | Closed | | | | |
| Monday | 4/9/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 4/10/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 4/11/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 4/12/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 4/13/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 4/14/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 4/15/2018 | Closed | | | | |
| Monday | 4/16/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 4/17/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 4/18/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 4/19/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 4/20/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 4/21/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 4/22/2018 | Closed | | | | |
| Monday | 4/23/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 4/24/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 4/25/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 4/26/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 4/27/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 4/28/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 4/29/2018 | Closed | | | | |
| Monday | 4/30/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 5/1/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 5/2/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 5/3/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 5/4/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 5/5/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 5/6/2018 | Closed | | | | |
| Monday | 5/7/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 5/8/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 5/9/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 5/10/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 5/11/2018 | 9:15 AM | 6:00 PM | 8.75 | | |
| Saturday | 5/12/2018 | 10:00 AM | 2:00 PM | 4 | 44.75 | 4.75 |
| Sunday | 5/13/2018 | Closed | | | | |
| Monday | 5/14/2018 | 9:00 AM | 6:00 PM | 9 | | |

| Day | Date | In | Out | Hours | | |
|---|---|---|---|---|---|---|
| Tuesday | 5/15/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 5/16/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 5/17/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 5/18/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 5/19/2018 | 10:00 AM | 2:00 PM | 4 | 45 | 5 |
| Sunday | 5/20/2018 | Closed | | | | |
| Monday | 5/21/2018 | 9:00 AM | 6:00 PM | 9 | | |
| Tuesday | 5/22/2018 | 7:00 AM | 6:00 PM | 11 | | |
| Wednesday | 5/23/2018 | 8:30 AM | 6:00 PM | 9.5 | | |
| Thursday | 5/24/2018 | 8:30 AM | 6:00 PM | 9.5 | | |
| Friday | 5/25/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 5/26/2018 | 10:00 AM | 2:00 PM | 4 | 51 | 11 |
| Sunday | 5/27/2018 | Closed | | | | |
| Monday | 5/28/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 5/29/2018 | 9:00 AM | 6:00 PM | 9 | | |
| Wednesday | 5/30/2018 | Sick | | | | |
| Thursday | 5/31/2018 | 9:00 AM | 6:00 PM | 9 | | |
| Friday | 6/1/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 6/2/2018 | 10:00 AM | 2:00 PM | 4 | 38 | 0 |
| Sunday | 6/3/2018 | Closed | | | | |
| Monday | 6/4/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 6/5/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 6/6/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 6/7/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 6/8/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 6/9/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 6/10/2018 | Closed | | | | |
| Monday | 6/11/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 6/12/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 6/13/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 6/14/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 6/15/2018 | 9:00 AM | 6:00 PM | 9 | | |
| Saturday | 6/16/2018 | 10:00 AM | 2:00 PM | 4 | 45 | 5 |
| Sunday | 6/17/2018 | Closed | | | | |
| Monday | 6/18/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 6/19/2018 | 9:00 AM | 6:00 PM | 9 | | |
| Wednesday | 6/20/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 6/21/2018 | 9:30 AM | 6:00 PM | 8.5 | | |
| Friday | 6/22/2018 | 8:15 AM | 6:00 PM | 9.75 | | |
| Saturday | 6/23/2018 | 10:00 AM | 2:00 PM | 4 | 47.25 | 7.25 |
| Sunday | 6/24/2018 | Closed | | | | |
| Monday | 6/25/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 6/26/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 6/27/2018 | 7:30 AM | 6:00 PM | 10.5 | | |
| Thursday | 6/28/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 6/29/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 6/30/2018 | 10:00 AM | 2:00 PM | 4 | 46.5 | 6.5 |

| Day | Date | Start | End | Hours | | |
|---|---|---|---|---|---|---|
| Sunday | 7/1/2018 | Closed | | | | |
| Monday | 7/2/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 7/3/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 7/4/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 7/5/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 7/6/2018 | 8:00 AM | 6:00 PM | 10 | | |
| Saturday | 7/7/2018 | 10:00 AM | 2:00 PM | 4 | 46 | 6 |
| Sunday | 7/8/2018 | Closed | | | | |
| Monday | 7/9/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 7/10/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 7/11/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 7/12/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 7/13/2018 | 8:00 AM | 6:00 PM | 10 | | |
| Saturday | 7/14/2018 | 10:00 AM | 2:00 PM | 4 | 46 | 6 |
| Sunday | 7/15/2018 | Closed | | | | |
| Monday | 7/16/2018 | Off | | | | |
| Tuesday | 7/17/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 7/18/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 7/19/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 7/20/2018 | 9:00 AM | 6:00 PM | 9 | | |
| Saturday | 7/21/2018 | 10:00 AM | 2:00 PM | 4 | 37 | 0 |
| Sunday | 7/22/2018 | Closed | | | | |
| Monday | 7/23/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 7/24/2018 | 2:00 PM | 6:00 PM | 4 | | |
| Wednesday | 7/25/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 7/26/2018 | 8:00 AM | 6:00 PM | 10 | | |
| Friday | 7/27/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Saturday | 7/28/2018 | 10:00 AM | 2:00 PM | 4 | 42 | 2 |
| Sunday | 7/29/2018 | Closed | | | | |
| Monday | 7/30/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 7/31/2018 | 10:00 AM | 7:00 PM | 9 | | |
| Wednesday | 8/1/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 8/2/2018 | 9:00 AM | 4:00 PM | 7 | | |
| Friday | 8/3/2018 | Off | Injury | 0 | | |
| Saturday | 8/4/2018 | Off | Injury | 0 | 32 | 0 |
| Sunday | 8/5/2018 | Closed | | | | |
| Monday | 8/6/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Tuesday | 8/7/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Wednesday | 8/8/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Thursday | 8/9/2018 | 10:00 AM | 6:00 PM | 8 | | |
| Friday | 8/10/2018 | Off | Injury | 0 | | |
| Saturday | 8/11/2018 | Off | Injury | 0 | 32 | 0 |
| Sunday | 8/12/2018 | Closed | | | | |
| Monday | 8/13/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 8/14/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 8/15/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 8/16/2018 | 9:00 AM | 5:00 PM | 8 | | |

| Day | Date | Start | End | Hours | | |
|---|---|---|---|---|---|---|
| Friday | 8/17/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 8/18/2018 | Off | Injury | 0 | 40 | 0 |
| Sunday | 8/19/2018 | Closed | | | | |
| Monday | 8/20/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 8/21/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 8/22/2018 | Off | Injury | 0 | | |
| Thursday | 8/23/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 8/24/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 8/25/2018 | 10:00 AM | 2:00 PM | 4 | 36 | 0 |
| Sunday | 8/26/2018 | Closed | | | | |
| Monday | 8/27/2018 | Off | Injury | 0 | | |
| Tuesday | 8/28/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 8/29/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 8/30/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 8/31/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 9/1/2018 | 10:00 AM | 2:00 PM | 4 | 36 | 0 |
| Sunday | 9/2/2018 | Closed | | | | |
| Monday | 9/3/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 9/4/2018 | Off | Injury | 0 | | |
| Wednesday | 9/5/2018 | 7:30 AM | 5:00 PM | 9.5 | | |
| Thursday | 9/6/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 9/7/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 9/8/2018 | 10:00 AM | 2:00 PM | 4 | 37.5 | 0 |
| Sunday | 9/9/2018 | Closed | | | | |
| Monday | 9/10/2018 | 9:00 AM | 12:00 PM | 3 | | |
| Tuesday | 9/11/2018 | Off | | 0 | | |
| Wednesday | 9/12/2018 | Off | | 0 | | |
| Thursday | 9/13/2018 | Off | | 0 | | |
| Friday | 9/14/2018 | Off | | 0 | | |
| Saturday | 9/15/2018 | 10:00 AM | 2:00 PM | 4 | 7 | 0 |
| Sunday | 9/16/2018 | Closed | | | | |
| Monday | 9/17/2018 | 6:30 AM | 5:00 PM | 10.5 | | |
| Tuesday | 9/18/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 9/19/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 9/20/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 9/21/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 9/22/2018 | 10:00 AM | 2:00 PM | 4 | 46.5 | 6.5 |
| Sunday | 9/23/2018 | Closed | | | | |
| Monday | 9/24/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 9/25/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 9/26/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 9/27/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 9/28/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 9/29/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 9/30/2018 | Closed | | | | |
| Monday | 10/1/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 10/2/2018 | 9:00 AM | 5:00 PM | 8 | | |

| Day | Date | Start | End | Hours | | |
|---|---|---|---|---|---|---|
| Wednesday | 10/3/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 10/4/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 10/5/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 10/6/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 10/7/2018 | Closed | | | | |
| Monday | 10/8/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 10/9/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 10/10/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 10/11/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 10/12/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 10/13/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 10/14/2018 | Closed | | | | |
| Monday | 10/15/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 10/16/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 10/17/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 10/18/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 10/19/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 10/20/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 10/21/2018 | Closed | | | | |
| Monday | 10/22/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 10/23/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 10/24/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 10/25/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 10/26/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 10/27/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 10/28/2018 | Closed | | | | |
| Monday | 10/29/2018 | Off | | | | |
| Tuesday | 10/30/2018 | Off | | | | |
| Wednesday | 10/31/2018 | Off | | | | |
| Thursday | 11/1/2018 | Off | | | | |
| Friday | 11/2/2018 | Off | | | | |
| Saturday | 11/3/2018 | Off | | | 0 | 0 |
| Sunday | 11/4/2018 | Closed | | | | |
| Monday | 11/5/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 11/6/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 11/7/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 11/8/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 11/9/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 11/10/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 11/11/2018 | Closed | | | | |
| Monday | 11/12/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 11/13/2018 | 8:30 AM | 5:00 PM | 8.5 | | |
| Wednesday | 11/14/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 11/15/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 11/16/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 11/17/2018 | 10:00 AM | 2:00 PM | 4 | 44.5 | 4.5 |
| Sunday | 11/18/2018 | Closed | | | | |

| Day | Date | Open | Close | Hours | | |
|---|---|---|---|---|---|---|
| Monday | 11/19/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 11/20/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 11/21/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 11/22/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 11/23/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 11/24/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 11/25/2018 | Closed | | | | |
| Monday | 11/26/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 11/27/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 11/28/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 11/29/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 11/30/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 12/1/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 12/2/2018 | Closed | | | | |
| Monday | 12/3/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 12/4/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 12/5/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 12/6/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 12/7/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 12/8/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 12/9/2018 | Closed | | | | |
| Monday | 12/10/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 12/11/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 12/12/2018 | 8:30 AM | 5:00 PM | 8.5 | | |
| Thursday | 12/13/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 12/14/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 12/15/2018 | 10:00 AM | 2:00 PM | 4 | 44.5 | 4.5 |
| Sunday | 12/16/2018 | Closed | | | | |
| Monday | 12/17/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 12/18/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 12/19/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 12/20/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 12/21/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 12/22/2018 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 12/23/2018 | Closed | | | | |
| Monday | 12/24/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 12/25/2018 | Closed | | | | |
| Wednesday | 12/26/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 12/27/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 12/28/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 12/29/2018 | 10:00 AM | 4:00 PM | 6 | 38 | 0 |
| Sunday | 12/30/2018 | Closed | | | | |
| Monday | 12/31/2018 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 1/1/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 1/2/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 1/3/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 1/4/2019 | 9:00 AM | 5:00 PM | 8 | | |

| Day | Date | Start | End | Hours | Weekly | OT |
|---|---|---|---|---|---|---|
| Saturday | 1/5/2019 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 1/6/2019 | Closed | | | | |
| Monday | 1/7/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 1/8/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 1/9/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 1/10/2019 | 8:00 AM | 5:00 PM | 9 | | |
| Friday | 1/11/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 1/12/2019 | 10:00 AM | 2:00 PM | 4 | 45 | 5 |
| Sunday | 1/13/2019 | Closed | | | | |
| Monday | 1/14/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 1/15/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 1/16/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 1/17/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 1/18/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 1/19/2019 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 1/20/2019 | Closed | | | | |
| Monday | 1/21/2019 | 1:30 PM | 5:00 PM | 3.5 | | |
| Tuesday | 1/22/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 1/23/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 1/24/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 1/25/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 1/26/2019 | 10:00 AM | 2:00 PM | 4 | 39.5 | 0 |
| Sunday | 1/27/2019 | Closed | | | | |
| Monday | 1/28/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 1/29/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 1/30/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 1/31/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 2/1/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 2/2/2019 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 2/3/2019 | Closed | | | | |
| Monday | 2/4/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 2/5/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 2/6/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 2/7/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 2/8/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 2/9/2019 | 10:00 AM | 3:30 PM | 5.5 | 45.5 | 5.5 |
| Sunday | 2/10/2019 | Closed | | | | |
| Monday | 2/11/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 2/12/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 2/13/2019 | 9:00 AM | 5:45 PM | 8.75 | | |
| Thursday | 2/14/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 2/15/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 2/16/2019 | 10:00 AM | 2:00 PM | 4 | 44.75 | 4.75 |
| Sunday | 2/17/2019 | Closed | | | | |
| Monday | 2/18/2019 | 9:00 AM | 12:00 PM | 3 | | |
| Tuesday | 2/19/2019 | Sick | | | | |
| Wednesday | 2/20/2019 | Sick | | | | |

| Day | Date | Start | End | Hours | Total | OT |
|---|---|---|---|---|---|---|
| Thursday | 2/21/2019 | 9:00 AM | 12:00 PM | 3 | | |
| Friday | 2/22/2019 | 11:00 AM | 5:00 PM | 6 | | |
| Saturday | 2/23/2019 | 10:00 AM | 2:00 PM | 4 | 16 | 0 |
| Sunday | 2/24/2019 | Closed | | | | |
| Monday | 2/25/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 2/26/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 2/27/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 2/28/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 3/1/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 3/2/2019 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| Sunday | 3/3/2019 | Closed | | | | |
| Monday | 3/4/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 3/5/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 3/6/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 3/7/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 3/8/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 3/9/2019 | Off | | | 40 | 0 |
| Sunday | 3/10/2019 | Closed | | | | |
| Monday | 3/11/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 3/12/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 3/13/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 3/14/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 3/15/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 3/16/2019 | 10:00 AM | 7:30 PM | 9.5 | 49.5 | 9.5 |
| Sunday | 3/17/2019 | Closed | | | | |
| Monday | 3/18/2019 | 3:30 AM | 6:00 PM | 14.5 | | |
| Tuesday | 3/19/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 3/20/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 3/21/2019 | Off | | | | |
| Friday | 3/22/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 3/23/2019 | 10:00 AM | 2:00 PM | 4 | 42.5 | 2.5 |
| Sunday | 3/24/2019 | Closed | | | | |
| Monday | 3/25/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Tuesday | 3/26/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 3/27/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 3/28/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 3/29/2019 | 5:45 AM | 7:30 PM | 13.75 | | |
| Saturday | 3/30/2019 | Off | | | 45.75 | 5.75 |
| Sunday | 3/31/2019 | Closed | | | | |
| Monday | 4/1/2019 | Off | | | | |
| Tuesday | 4/2/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 4/3/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 4/4/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 4/5/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 4/6/2019 | 10:00 AM | 2:00 PM | 4 | 36 | 0 |
| Sunday | 4/7/2019 | Closed | | | | |
| Monday | 4/8/2019 | 9:00 AM | 5:00 PM | 8 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tuesday | 4/9/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Wednesday | 4/10/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Thursday | 4/11/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Friday | 4/12/2019 | 9:00 AM | 5:00 PM | 8 | | |
| Saturday | 4/13/2019 | 10:00 AM | 2:00 PM | 4 | 44 | 4 |
| | | | | | | 191.5 |